```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

DARCY D. FULLER,                        *

       Plaintiff,                *

vs.                                     *

                                            CASE NO. 4:09-CV-108 (CDL)

RAYMOND B. LAKES,                       *

       Defendant.                *

## ORDER ON RECOMMENDATION OF DISMISSAL

After a *de novo* review of the record in this case, the Recommendation of Dismissal filed by the United States Magistrate Judge on October 5, 2009 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 30th day of October, 2009.

                                                  S/Clay D. Land
                                                     CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE